CNR
F. #2019R00994

**19 672M**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ALFREDO AGUILAR MEJIA,
 also known as "Alfredo Aguilar" and
 "Moris Moreno Mejia,"

        Defendant.

------------------------------X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

(8 U.S.C. §§ 1326(a) and 1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

      KENNETH LOPEZ, being duly sworn, deposes and states that he is a Deportation Officer with the United States Immigration and Customs Enforcement, duly appointed according to law and acting as such.

      On or about July 6, 2019, within the Eastern District of New York, the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," an alien who had previously been deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

      (Title 8, United States Code, Sections 1326(a) and 1326(b)(2))

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1.  I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.  On or about October 12, 2003, the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," was arrested on felony robbery charges in Illinois under the name "Alfredo Aguilar." On or about February 2, 2004, AGUILAR MEJIA pleaded guilty in Illinois state court and was sentenced to three years' incarceration. On or about October 15, 2004, AGUILAR MEJIA was removed to his home country of Mexico.

3.  On or about June 18, 2008, the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," was arrested in Texas. On or about July 24, 2008, AGUILAR MEJIA was indicted in the Southern District of Texas and charged with illegal reentry in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2). On or about August 27, 2008, AGUILAR MEJIA pleaded guilty to the indictment. On or about

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

November 13, 2008, AGUILAR MEJIA was sentenced to 46 months' incarceration. On or about January 11, 2012, AGUILAR MEJIA was deported to Mexico.

4. On or about July 6, 2019, the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," was arrested by the Nassau County Police Department ("NCPD") in North Hempstead, New York and charged with felony possession of a forged instrument, resisting arrest, driving while intoxicated and criminal possession of marijuana. At the time of his arrest, AGUILAR MEJIA used the name "Moris Moreno Mejia."

5. On or about July 22, 2019, a fingerprint comparison of the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," was conducted using fingerprint records from the defendant's 2003 Illinois felony conviction, the 2012 deportation after his federal illegal reentry conviction and his July 6, 2019 arrest by NCPD. The comparison indicated that all of the fingerprints impressions were made by the defendant.

6. A search of immigration records has revealed that there exists no requests by the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia," for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after his deportation.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant ALFREDO AGUILAR MEJIA, also known as "Alfredo Aguilar" and "Moris Moreno Mejia,"" so that he may be dealt with according to law.

_____
KENNETH LOPEZ
Deportation Officer, United States Immigration and Customs Enforcement

Sworn to before me this
___ day of July, 2019

_____
THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK